IDELLA R. KOECHEL and Another, as Executors, etc., of ELIZABETH F. PAGE, Deceased, and IDELLA R. KOECHEL, Respondents, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Action to recover the purchase price of two participating mortgage certificates in a mortgage covering vacant land in Queens county. The action is based on a rescission of the purchase on the ground of fraud and misrepresentation on the part of defendant. Amended judgment affirmed, with costs. No opinion. Lazansky, P. J., Young and Tompkins, JJ., concur; Hagarty and Carswell, JJ., dissent and vote for reversal and a new trial upon the ground that the determination of the jury is against the weight of the evidence.

CHARLES KRELOFF, Respondent, v. ROY T. WATTS, Defendant, and MAX L. GOLDBERT, ELECTRIC TRADING CORPORATION and GO-ELECTRIC CORPORATION, Appellants.— Order in so far as it denies motion of the appealing defendants to vacate notice of examination before trial affirmed, with ten dollars costs and disbursements; the examination as to the items not vacated to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Carswell and Davis, JJ., concur; Johnston, J., not voting.

MARGARET M. KRUGER, Respondent, v. HUGUENOT TRUST COMPANY, Appellant. — Action to recover damages for injuries sustained due to the presence of ice upon the sidewalk in front of defendant's premises caused by water dripping from the building to and upon the sidewalk. Judgment for plaintiff and order denying defendant's motion for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

LAWRENCE MEADOW COMPANY, Respondent, v. BEN T. WELCH and RUTH WELCH, His Wife, ALICE W. LAWRENCE, Individually and as Executrix, etc., of JOHN L. LAWRENCE, Deceased, Appellants, and THE PEOPLE OF THE STATE OF NEW YORK, Defendant.— Judgment in plaintiff's favor determining title to certain lands at Lawrence, in the town of Hempstead, Nassau county, and for quiet enjoyment thereof, unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Scudder, Tompkins and Davis, JJ.